UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CARLOS ABREU )
 **Plaintiff(s)** )
 )
vs. )
 )
KIMBERLY LIPKA et al )
 **Defendant(s)** )

**INMATE
CIVIL RIGHTS
COMPLAINT PURSUANT
PURSUANT TO**
**42 U.S.C. § 1983**

**Case No.** 9:16 CV 776

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUN 29 2016
AT_____ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

Plaintiff(s) demand(s) a trial by: ✓ JURY _____ COURT   (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1.  This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2.  Plaintiff: CARLOS ABREU # 99A3027
    Address: GREAT MEADOW CORRECTIONAL
    FACILITY BOX 51
    COMSTOCK NEW YORK 12821-0051

Additional Plaintiffs may be added on a separate sheet of paper.

3.  a.  Defendant: KIMBERLY LIPKA
        Official Position: MEDICAL NURSE
        Address: GREAT MEADOW CORRECTIONAL
        FACILITY BOX 51
        COMSTOCK N.Y. 12821-0051

b.  Defendant: _DR. PAOLAND_

Official Position: _Physician / Doctor_

Address: _Great Meadow Correctional Facility P.O. Box 51 Comstock N.Y. 12821-0051_

c.  Defendant: _Physician / DR D. KARANDY_

Official Position: _Physician / Doctor, Facility Health Services Director_

Address: _Great Meadow Correctional Facility P.O. Box 51 Comstock N.Y. 12821-0051_

Additional Defendants may be added on a separate sheet of paper.

4. PLACE OF PRESENT CONFINEMENT

a.  Is there a prisoner grievance procedure at this facility?

___✓___ Yes        _____ No

b.  If your answer ro 4a is YES, did you present the facts relating to your complaint in this grievance program?

___✓___ Yes        _____ No

If your answer to 4b is YES,

(i)  What steps did you take? _I have filed grievances letters of complaints and appeals. To IGRC: Superintendent, Commissioner; CNYPC director OAH Commissioner, Unit Chief / Director of, grievance program, IGP Supervisors and Sgt. IGRC_

(ii) What was the final result of your grievance? _Regularly they has denied all my grievances returned my complaints no processed many of my grievances or appeals refused to provide me answers, or responses to my grievances complaints and letter of complaints acted of a form deliberate or indifferent refused to take corrective actions to all and each of my complaints letters of grievances related to this matters and others many other issues. I keep copies of many of it grievances of letter of complaints of my appeals of others I have senting it to Docs Commissioners office Supt office of Denise office_

H
(2/)

D.) DEFENDANT DR C. KOENIGSMANN
OFFICIAL POSITION: CHIEF MEDICAL OFFICER
ADDRESS: GREAT MEADOW CORR FACILITY
P.O. BOX 51 COMSTOCK N.Y 12821-0051
OR N.Y.S. DOCCS BUILDING # 2
1220 WASHINGTON AVE ALBANY N.Y. 12226.

E) DEFENDANT RN. MARCIA ROGUE
OFFICIAL POSITION: MEDICAL NURSE
ADDRESS: GREAT MEADOW CORR FACILITY
P.O BOX 51 COMSTOCK N.Y. 12821-0051

F.) DEFENDANT RN: MELISSA VAN ORDER
OFFICIAL POSITION: MEDICAL NURSE
ADDRESS: GREAT MEADOW CORR FACILITY
P.O. BOX 51 COMSTOCK N.Y. 12821-0051

g.) DEFENDANT RN. SHERYL HAVENS
OFFICIAL POSITION: MEDICAL NURSE
ADDRESS: GREAT MEADOW CORR FACILITY
P.O BOX 51 COMSTOCK N.Y 12821-0051

H.) DEFENDANT RN. REBBECA BRUNELLE
OFFICIAL POSITION MEDICAL NURSE
ADDRESS: GREAT MEADOW CORR FACILITY
P.O. BOX 51 COMSTOCK N.Y 12821-0051

J.) DEFENDANT RN. LAURIE LA FRESCH
OFFICIAL POSITION MEDICAL NURSE
ADDRESS: GREAT MEADOW CORR FACILITY
P.O. BOX 51 COMSTOCK, N.Y 12821-0051

K.) DEFENDANT RN. CATHERINE BOICE
OFFICIAL POSITION MEDICAL NURSE
ADDRESS: GREAT MEADOW CORR FACILITY
P.O. BOX 51 COMSTOCK, N.Y. 12821-0051

L) DEFENDANT RN. CHRISTINE WATKINS

(3)

OFFICIAL POSITION: MEDICAL NURSE
Address: GREAT MEADOW CORR Facility
P.O. BOX 51 Comstock N.Y. 12821-0051

M) DEFENDANT RN1. MARY HARRIS
GREAT MEADOW CORR Facility
POSITION: NURSE ADMINISTRATOR
Address: HEALTH Services/Medical Dept
AT GREAT MEADOW CORR Facility
P.O. BOX, 51 Comstock N.Y. 12821

N) DEFENDANT. SUPT. C. MILLER
POSITION: Facility SUPERINTENDENT
Address: GREAT MEADOW CORR FAC
P.O. BOX 51 Comstock N.Y. 12821-0051

O) DEFENDANT MR ANTHONY ANNUCCI
POSITION: N.YS. DOCCS COMMISSIONER
Address: GREAT MEADOW CF BOX
51 Comstock N.Y. 12821-0051 OR
N.YS. DOCCS Building 2 1220
Washington AVE Albany N.Y. 12226.

P) DEFENDANT MR J. IVES.
POSITION: PSYCHOLOGIST
Address: GREAT MEADOW CF/MHU Satellite
UNIT BUILDING at GMCF BOX 51 Comstock
NEW YORK 12821-0051

2) DEFENDANT MS. PAL.
POSITION: PSYCHIATRIST
Address: GREAT MEADOW CF/MHU Satellite
UNIT BUILDING AT GMCF BOX 51 Comstock
NEW YORK 12821-0051

R) DEFENDANT MR JACKSON
POSITION/Address: UNIT CHIEF/MHU/OMH Satellite
UNIT AT GREAT MEADOW CF BOX 51 Comstock
N.Y. 12821 0051                    #14/

S) DEFENDANT MS. COLLINS
POSITION: ADSP / MENTAL HEALTH SERVICES OF DOCCS
ADDRESS: GREAT MEADOW CF P.O
BOX 51 COMSTOCK N.Y. 12821-0051

T) DEFENDANT MR M.F THOMS
POSITION: FIRST DEPUTY SUPERINDENT
ADDRESS: GREAT MEADOW CF P.O.
BOX 51 COMSTOCK N.Y 12821-0051

U) DEFENDANT. MR EASTMON
POSITION. DEPUTY SUPERINTENDENT FOR
SECURITY AT GREAT MEADOW CF
ADDRESS BOX 51 COMSTOCK N.Y
12821-0051

W) DEFENDANT MS. PEACOCK
POSITION DEPUTY SUPERINTENDENT
FOR ADMINISTRATOR
ADDRESS: GREAT MEADOW CF BOX 51
COMSTOCK NEW YORK 12821-0051

X) DEFENDANT DR ARLISS
POSITION: DOCTOR / ORTHOPEDIST
ADDRESS: SULLIVAN CORRECTIONAL
FACILITY P.O.

Z) DEFENDANT B. HILTON
POSITION: ASSISTANT COMMISSIONER / MENTAL
HEALTH SERVICES. FOR THE NYS DOCCS
ADDRESS: N.YS. DOCCS BUILDING 2
1220 WASHINGTON, N.Y. 12226

Z(1)) DEFENDANT. K BELLONY
POSITION DIRECTOR OF THE INMATE
GRIEVANCE PROGRAM STATE WIDE.
ADDRESS. N.YS DOCCS BUILDING 2
1220 WASHINGTON, N.Y 12226



22) DEFENDANT G. Bascue
OFFICIAL POSITION SGT/SUPERVISOR OF THE SHU
AT GREAT MEADOW CF
Address: GREAT MEADOW CF P.O. BOX
(P.B) 51 Comstock, N.Y 12821-0051

23) DEFENDANT H. McCarthy
OFFICIAL POSITION: SOCIAL WORKER OF OMH
Address GREAT MEADOW CF P.O. Box
51 Comstock N.Y 12821 0051.
Satellite Unit MHU BUILDING

24) DEFENDANT MR LYONS
OFFICIAL POSITION SGT/SUPERVISOR OF THE
MHU OBS. CELLS/RTRC
Address GREAT MEADOW CF P.O. Box
51, Comstock, N.Y. 12821-0051

25) DEFENDANT MR. P. Melecio
OFFICIAL POSITION. DEPUT SUPERIN-
-Tendent For PROGRAM Services
Address GREAT MEADOW CF P.O
Box 51 Comstock, N.Y 12821-0051

26) DEFENDANT R. LeClaire
OFFICIAL POSITION: PSYCHIATRIC NURSE
OF OMH / MHU UNIT
Address GREAT MEADOW CF P.O.
Box 51 Comstock, N.Y 12821-0051

27) DEFENDANT P. PINK
OFFICIAL POSITION; PSYCHIATRIC NURSE
OF OMH / MHU UNIT
Address GREAT MEADOW CF P.O.
Box 51 Comstock, N.Y 12821-0051

DEFENDANT J. Winney
OFFICIAL POSITION: SHU Counselor
address GREAT MEADOW CF BOX 51 Comstock, N.Y
12821-0051

(6)

If your answer to 4b is NO - why did you choose to not present the facts relating to your complaint in the prison's grievance program? _____

_____ *N/A* _____

_____ *N/A* _____

c.  If there is no grievance procedure in your institution, did you complain to prison authorities about the facts alleged in your complaint?

_____✓ Yes          _____ No

If your answer to 4c is YES,

(i)  What steps did you take? *I WROTE TO IGP SUPERVISORS. TO DIRECTOR OF IGP, TO THE FACILITY SUPERINTENDANT, TO THE DEPUTIES OF SECURITY ADMINISTRATION PROGRAM, TO THE FIRST DEPUTY SUPT; TO THE DOCCS COMMISSIONER, TO OMH COMMISSIONER TO CNYPC EXEC DIRECTOR, & UNIT CHIEF MANY TIME LETTER OF COMPLAINTS.*

(ii)  What was the final result regarding your complaint? *DELIBERATE INDIFFERENCE TO ALL AND EACH OF MY COMPLAINTS. OR THEY REFUSED TO TAKE ANY CORRECTIVE ACTIONS IN THE MATTER.*

If your answer to 4c is NO - why did you choose to not complain about the facts relating to your complaint in such prison? _____

_____ *N/A* _____

5.  PREVIOUS LAWSUITS

a.  Have you ever filed any other lawsuits in any state and federal court relating to your imprisonment?

_____✓ Yes          _____ No

b.  If your answer to 5a is YES you must describe any and all lawsuits, currently pending or closed, in the space provided below.

For EACH lawsuit, provide the following information:

i.  Parties to previous lawsuit:

Plaintiff(s): _____ *N/A* _____

Defendant(s): _____ *N/A* _____

*< NOTE: MY legal DOCUMENTS / PAPERS, RECORDS, legal BOOKS ALL WERE CONFISCATED FOR THE DEFENDANTS MILLERS, EOISTTON AND THOMS ON OCTOBER/15/ 2015 STILL THE PRESENT JUNE/2016 THEY HAS REFUSED TO PROVIDE ME MY LEGAL MATERIALS SO I DON'T HAVE AVAILABLE THE RECORDS OF MY PRIORS PENDANT OR CLOSED LAWSUITS*

*H (7)*

ii.  Court (if federal court, name District; if state court, name County):

_____ N / A _____

iii.  Docket number: _____ N / A _____

iv.  Name of Judge to whom case was assigned: _____ N / A _____

v.  Disposition (dismissed? on appeal? currently pending?): ___ N / A ___

vi.  Approximate date of filing prior lawsuit: _____ N / A _____

vii.  Approximate date of disposition: _____ N / A _____

6.                              **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights.  List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.**  (You may use additional sheets as necessary).

7)  ON OCTOBER / 15 / 2015 I ARRIVE TO GREAT MEADOW CORRECTIONAL FACILITY SPECIAL HOUSING UNIT (SHU) FROM A TRANSFER FROM SULLIVAN CORR FACILITY (SHU) (BOX TO BOX) TRANSFERS. IN SULLIVON C.F THE DOCTORS PRESCRIBED ME PAIN MEDICATIONS LIPITOL FOR HIGH CHOLESTEROL, CLARITIN FOR WEATHER ALLERGY AND TUBERCULOSIS MEDICINES FOR T.B. DISEASES. ALSO I HAVE SERIOUS PROBLEMS IN MY RIGHT HAND. WHERE I HAVE RECEIVED TWO (2) HAND SURGERY ONE FOR BROKEN HAND IN MARCH /2014 AND ANOTHER FOR CARPAL TUNNEL SYNDROME IN JULY /2015. ALSO I SUFFER OF CHRONIC LOWER BACK PAINS AND PAINS IN MY FOOT/ANKLE

8) I was also Diagnosed with a Gum Disease type of infections that cause pains in my tooths, and weak or loose my tooths. So I was advised for **DENTISTS** in Green Haven CF. and Sullivan CF. that I need Dental cleaning in least **EVERY 3** months (Docus **POLICY** require Dental cleaning every 6 months for inmates without Gum Diseases) But in my case this it a serious Diseases so I need Dental cleaning every 3 months for to **CONTROL** the Diseases or any infections and avoid loss or **TOOTHS.**

9) However upon my arrive to Great Meadow CF., Sthen all my **MEDICAL MEDICATIONS** and **MEDICAL TREATMENTS** were all discontinues including all classes of pain medications. the Defendants DR Karandy DR Poolono and DR Koernigstann discontinued my pain medications. Lipitol Clonidin my T.B. meds and my Neurontin without any notices without any advices, and without any explanations.

10) They has also further knowledges that I had a Hand Surgery in July / 2015. and that the Hand specialist / DR Arcts has told and advices to they that my right hand will to heal within of one year. and / or this not will heal in all. but the minimus time for to know if my hand surgery has worked in my Carpal Tunnel **SYNDROME** was in least one year so I was in need of physical therapy wear a hand brace, and receive, and get pain medications. the Defendants Poolono Karandy and Koenigstann ignored DR. Arcts Prescriptions, or / and recommendations.

H (9)

11) The DR **ARLISS** was Who Conducted The Hand Surgery, While I was in Sullivan C.F. And He was also who on 3/23/2016 Prescribed or/And Recommended again That I Receive Pain Medications Physical Therapy And a Hand brace but the De- -Fendants again ignored DR ARLISS Recommen- -dations or/And Prescriptions., of a form intentional And Deliberate & indifferent to my serious medical Conditions & Problems.

12) On October/28/**2015** the Sgt Basque Sgt Lyons And five others guards/C-Os **assaulted** me physical And sexually while I was in The mttu **observation** cell I was Denied of all classes of medical Core attentions And treatments from Oct/ 28/2015 to the present June/23/2016 The Defendants DR Paolono DR Karondy DR Koenigsmann, Has Denied all classes of Prescribed pain medications, medical Core medical attentions And medical treatment to my serious injuries pains And medical needs. Along **with** all the medical nurses, Defendants.

13) I arrived to Great Meadow CF on October/15/2015 My Hand Surgery was in July/2015 when I arrived to Great Meadow CF The Period of my Hand Surgery was only of 2 to 3 months (From July to october) so in the moment of the physical assault & sexual assault. The injuries in my Hand, were fresch And my Hand no Has Healed well. so During the assault my Hand get re- -injured again, And the pains were terribles And the Defendants Has further Knowledges about all this but they in Bad Foith And in Retaliations ignored my pains And no Prescribed nothing.

H.(10)

14) ON MARCH /23 /2016 WHEN I SAW
TO DR ARLISS again IN SULLIVAN CF
HE OBSERVED MY HAND WAS STILL PINK
COLOR IN THE AREA OF THE SURGERY. SO
THAT MEAN MY HAND NOT HAS YET HEALED
THE HAND WAS VISIBLE SWOLLEN IN THE PART
WHERE HE CONDUCTED THE SURGERY THAT PART
WAS HAND. (THIS MEAN STILL SWOLLEN IN
PROCESS OF HEALING) AND THE PAINS
AND PROBLEMS WERE VISIBLES, TOO.

15) I HAVE SAW DR PAOLONO SEVERAL
TIME IN GREAT MEADOW CF FACILITY
INFIRMARY IN EACH TIME FROM NOVEMBER
2015 TO APRIL /2016 HE HAVE TOLD ME
VERY CLEAR THAT HE DON'T CARE MY
PAINS OR CHRONIC PAINS OR SEVERE PAINS.
HE ALLEGED THAT HE DON'T WILL GO TO
PRESCRIPTION TO ME NOTHING IN ALL, NO
MATTER WHO I WROTE NO MATTER HOW
MANY GRIEVANCES OR COMPLAINTS I FILE
AGAINST HIM AND /OR MEDICAL STAFF
AND NURSE HE NEVER WILL GO TO PRES.
-CRIPTION ME NOTHING IN ALL. AND THAT
HE DON'T WILL GO TO FOLLOW DR ARLISS
RECOMMENDATIONS OR PRESCRIPTIONS IN ALL.
HE ALSO TOLD ME THAT HE CALLED TO DR
ARLISS AND ADVICED TO DR ARLISS THAT DON'T
PRESCRIPTION NOTHING ME BECAUSE HE DON'T
WILL GO TO FOLLOW HIS RECOMMENDATIONS.

16) DR. PAOLONO IN EACH INTERVIEW HAS
TOLD ME MANY THINGS HE HAS TOLD ME THAT
HE HATE ME HAS SCREAMING AND YELLING ME
A LOT OF RACIAL SLURS HAS CALLED ME A
PERVERT EVERY TIME HE SAW SEEN & SEE ME WITH
THE SPECIAL CONTROL SUIT HE HAS REFUSED TO
EXAM ME TOUCH ME AND DENIED ME MEDICAL CARE.

#(11)

17) The DR Paolono Has also ignored my Chronic Pains in My lower back left Ankle/foot neck right Arm and right Hand He has ignore my **complaints** of pains and bleeding from my stool. He also Has ignore my TUBERCULOSY and needs for T.B. meds He Has ignored my Gums Diseases and Possibles infections also some time He came with differents stories one Has He say That He continue Reviewed my medical Records (Has Passed already 7 Months and He no Has yet Reviewed my medical Records? This is Then an open Deliberate indifference to my medical needs). other day He also alleged That the DR koronDy **The** DR koenigsman the superintendent miller the FDS. Thoms and DSA Ms Peacock Has ordered Him don't give me or prescription nothing to me because I Have lawsuits and complaints against the docor and the attorney General office of assistants and counsel's office Has advised to they don't prescribe me nothing, **until** the lawsuits pendents end.

18) I File sick.call slip/request every single days reported my chronic pains in my right Hand lower back neck right arm and left foot/Ankle, and pains in my tooths and bleeding and pains from my stool but the medical nurses/Defendants Lipka Rogue von order, S. Havens; R. Brunelle; L. La Fresch; C. Boice; C. Watkins; and M. Harris Has ignored my medical complaints Has started also denies me OCT medica -tions eg. such as tylenol **IBU**profen medicine D, aspirines, anti-acids and others medicines.

#127

19) The Defendants Has also Denied me Treatments for my Bleedings and pains from my stool < Anus Rectal / Rectum > also intentionally, and Deliberate & indifferent

20) The Defendant Lipka She Started to work in the SHU in Great Meadow CF in January / 2016. < I don't see she in October November or December 2015 and I don't if she was in vaca-tions in those months neither > but in January / 2016 she started to Denial me every things Tyenols Aspirines IBU-Profen medicines D. Anti-Acids ects every time I filed Sick Call slips and she worked in the SHU she denied me all the **Classes** of OTC meds. & medical treatments.

20) OTC meds Don't need a doctor Prescriptions and Don't need a doctor approve -Per Docces **Health** service Policy Manual upon information and Belief the Policy listing a **list** of OTC meds that a medical nurses can **To** Provide to Prisoners in General Population or SHU during the Sick Call so, when a nurse Denial me OTC meds she or he becoming directly liable to my Rights because if they know or learn or have further knowledges That the DR Poolano Karandy and DR Koenigsmann are violated my Rights and acted of a Form Deliberate indifference, to my medical conditions & Poins and now the nurses follow to they also Denied me OTC meds, then the nurses become **Personally** liable of the violations of my U.S. Constitutional Rights For his or her own misconducts against me

( 13 )

21) NURSE/DEFENDANT LIPKA, SHE CONTINUE
HER MISCONDUCTS ON THE MONTH OF JAN/
2016, TO EARLY OF FEBRUARY/2016 AGAINST
ME DENIED ME OTC MEDS AND MEDICAL CARE
AND REGULARLY DENIED ME SICK-CALL
SERVICES INTENTIONALLY AND IN BAD
FAITH. I THEN STARTED TO FILED MULTIPLY
GRIEVANCES AND LETTERS OF COMPLAINTS
AGAINST DEFENDANT LIPKA REPORTING ALL
AND EACH OF HIS MISCONDUCTS AGAINST ME

22) THE NURSE LIPKA THEN STARTED TO
RETALIATED AGAINST ME WROTE ME FALSE
MULTIPLY MISBEHAVIOR REPORTS IN CONSPIRANCY
WITH THE SHU STAFF/GUARDS AND SUPERVISORS
SHE WROTE ME A TICKETS ON 2/18/2016.
2/21/2016. 4/03/2016 OF LEWD CONDUCTS,
HORASSMENTS UNHYGIENIC ACTS INTERFERE
-RENCE ECTS. AND WHEN I COMPLAINING
ABOUT ALL THIS FALSE REPORTS WRITTEN IN
RETALIATIONS FOR MY EARLY GRIEVANCES &
COMPLAINTS AGAINST SHE. SHE THEN STARTED
TO ASK AND TELL TO THE SHU C.O.S. THEY
WROTE THE TICKETS AND SHE SIGN IT
SUCH AS WITNESS(ES), SO SHU CO'S STARTED
ALSO WROTE ME FALSE TICKETS ALONG WITH RN
LIPKA SHE WAS THE ONLY AND UNIQUE MEDICAL
NURSE'S WROTE ME TICKETS DENIED ME ALL CLASSES
OF OTC MENS & DENIED REGULARLY SICK CALL SERVICES
DEEPLY AND INTENTIONALLY, & MALICIOUSLY

23) I CONTINUE REPORTING DECENDANT LIPKA
MISCONDUCTS TO RN.2/NURSE ADMINISTRATOR
MS HORRIS, FHSD DR KARANDY CHIEF MEDICAL
OFFICER DR. KOENIGSMANN, SUPERINTENDENT
MILLER DSS EASTMAN. DSA PEACOCK FDS THOMS
DOCCS COMMISSIONER ANNUCCI, HIS ASSISTANT & TO
INMATE GRIEVANCE PROGRAM BUT SHE CONTINUED WITH HER ABUSES.
#(14)

24) The Defendant Lipka, she started to gave me only one Tylenol PACKETS, or one Ibuprofen Packet. The which Has only two (2) tables each packets. And she Directed to the other nurses don't gave me or provide me more of one Packet of Ibuprofen or Tylenol. before The other nurses / Defendants they gave me 2 3 4 5 or 6 packets of Tylenol Ibuprofen or medicine D. Anti-Acids. ect. (OTC Medications) between October/2015 to early or began of Jan/2016. but when RN. Lipka was assigned to the SHU all this changed.

25) RN Lipka excuses were that she was Directed or Ordered (For unknow person) Don't give me or provide me nothing to me. And added, That all was or is Different now that in the year 2009. 2010 when I was in Facility in this SHU. When she will to provide me and others' inmates more items and cores in the SHU but that Now the Facility administ- -tration and Docs Albany authorities Has ordered to she Don't give nothing to SHU inmates.

26) I know RN Lipka was lied because the other nurses don't was / were doings those things to me or other inmates in the SHU. but all changed from Feb/ 2016 to the Present June /2016 after I started to writing grievances and complaints against RN Lipka reported all this misconducts The others nurses /Defendants started to do the same things Lipka was doing to me. but not other SHU inmates.

#(15)

27) The Defendant Lipka she continued with her retaliations against me, so for March 2016 to April 2016 she ordered or required to the other nurser don't give or provide me no OTC meds. in all. And limited sick-call services. she did all this for that to appear that she was gaving me medical care to my medical needs. Example RN Lipka she work in the STH 4 to 5 days in the week so when other nurser such as the Defendants Van Order Havens Brunello La Fresch Boice Watkins & Rogue were conducted sick call services don't don't give me nothing in all for my chronic pains bleeding and symptoms caused for the restricted diets/loafs. And regularly were refused to monitor me, refused to take my blood ppraisure and weight during the imposition of the loafs. They left to RN Lipka to do all this. so my complaints or claims against RN Lipka to appear without merits And so to cover up her misconducts & retaliations against me so all was planned between the Defendants/Nurser & (a) open conspiracy against me. & my complaints.

28) The Facility administration has imposed restricted diets/loafs against me, of a form illegal UNLAWFUL. Since December/2015 to the present June 2016. six/6 months straight under the loafs sentences I have loafs alot of weight I have reported symptoms of severe stomach Heartburn, Nauseas, Vomits, Constipations, Bleeding And Pains from stool

H116)

29) I REPORT all THJ SYMPTOMS TO THE
DEFENBONTS LIPKA, BOICE, La FRESCH,
HAVENS, VAN ORDER, ROGUE, WATKINS
BRUNETTE, DAICY DURING THE SICK CALL
OR IN MY SICK CALL SLIPS/REQUESTS,
AND REPORTED THE SAME TO THE DEFENDANTS
MILLER, THOMS, IVES, PAC, KOENIGSMANN,
HORRIS, ANNUCCI, JACKSON, COLLINS,
PEACOCK, HILTON, AND DR POOLATO
KORONDI, AND BELLAMY IN WRITTEN, IN
LETTERS, IN GRIEVANCES, IN COMPLAINTS &
WHEN THEY WERE MAKING ROUNDS IN THE
SHU, THEY IGNORED also MY CLAIMS OR
COMPLAINTS THAT THE LOAFS / DIETS WERE
INADEGUATEDS AND NO NUTRITIVES THE
LOAFS REGULARLY WERE COMING VERY SMALL
HARD NOT FRESCH OLD AND IMPOSSIBLE
OF EAT AND WHEN I EAT IT THEN IT
PUT ME VERY SICK, BUT THEY NEVER STOPPED IT

30) IN THE BEGAN THE NURSES WERE GIVING
ME ANTIACIDS, ONE OR TWO TYLENAS/I BUPROFEN
50' OILMENTS FOR HEMORROIDALS ECT, AND
TAKE MY BLOOD PRESSURE OR/AND WEIGHT.
HOWEVER RN LIPKA SHE WAS LIED IN THE
REPORTS AND IN MY RECORDS, ALLEGED THAT
I WAS WEIGHTED 210 WHEN THE WEIGHT
WAS REALLY 200. & SHE WAS also
LIED IN MY BLOOD PRESSURES, SO I
WROTE COMPLAINTS AND GRIEVANCES ABOUT
ALL THJ AND OGAINST SHE. SO IN THE
BEGAN OF THE MONTS OF MAY/2016 SHE
CAME FRONT MY CELL ALONG WITH THE SHU
C-OS DICKINSON, WESTON AND SHORT AND
SHE STARTED TO THREAT ME CALLED ME BITCH
USING RACIAL SLURS TALKING ME FUCKING LATINO
GET OUT OF MY COUNTRY, & GO BACK TO YOUR
COUNTRY, AND OTHERS MANY OFFENSIVES WORDS.

# (17)

31) She was UPSET AND Ongry because she alleged that I wrote a grievance saying that she not was reported really my weight loss & Blood pressures pro-blems And no reported in my medical reports many of my complaints about pains And the symptoms that the boots/Diet was caused in me. And the problems with my tooths diseases Due to lack of nutritions in the boots, the which caused also my Gums Diseases & pains go worses, Due also to inadequate foods

32) The Defendant Lipka she also threat me that I never will go get back my pain medizations medical orthopedic boots my Hand braces or/And back braces And physical theropy she continue yelled And screaming me such as a crazy woman That she will go now to make sures that all And Iach of the medizal nurses don't give more nothing in all No OTC Meds. No sizk call servizes No monitor me During the boots No weight & No Blood pressure in all, The SHU C.Os Dizkinson short And worton to make sign to she to stop. And they left.

33) In Fact since that inciDent in May/2016 The Nurses/Defendants Havens Rogue Von ORDER Brunelle la Fresch Boice Watkins And all other nurses including Lipka Has Denied me all otc meds, Has stopped to monitor me During the boots sentences They don't come front my cell to check in me, or talk with me Don't allow me to Receive sizk call servizes And are filed false records in my Medizal records.

#481

34) Since May / 2016 to the present
June / 2016 (the date that I signed this
complaint) they has denied me all ore
meds sick-call servicer And all classes
of medical cores Attentions & treatmens
in retaliations against me And in consbi
-rancy & all is planned against me too.
I have written grievance complains daily
reportes all this I keep copies of
all my sick, call slips / request I have
sttu inmates witnesses that all this is
really hoppened I have written mum
-pes letters of complaints reported
all this to nurse administrator Horris.
FHSD DR Karandy DR Poolono DR
Koenigsmann. Superintendent Miller, First
Deputy Superintendent for administration
MR Thoms DSA MS. Peacock ADSP MS Collins
unit chief MR Jackson; Doccs Commissioner Annuci
And reported also all this to they in them
rounds, including to MR Ives & MS Pal

35) MR Pal And MR Ives Has told me
that they has obbressed all this issues many
time, to the facility administration And
Doctoers & nurse administrator many time
During the meetings that they conducts every
15 or 30 days, but that the supt Miller
DSA Peacock FDS/ MR Thoms Ani Horris &
FHSD DR Koranby Has alleged that they don't
core what happen to me. And they decline to
assist or help me or take corrective actions
in this issues / matters, And allow to nurses
to do whatever they wont in the sttu.

36) DSA MS Peacock & FDS Thoms wrote me a memo
alleged that the nurses denied have denied me
sick-call servicer, that they saw alot of time in May-June/16
#119 /

37) THE MEMORANDUMS OF THE DEFENDANT
MR TITONS gave ME AN IDEA OF WHAT
THE NURSES ARE DOING. THEY ARE FALSELY
REPORTED THAT THEY ARE PROVIDED ME
SICK CALL SERVICES IN MY MEDICAL RECORDS
AND SEEING ME IN ROUNDS WHEN NONE OF
THIS IS TRUE IN ALL. THE SHU VIDEO TAPES
RECORDING THE SHU INMATES AND SHU
GUARDS/COS ARE WITNESSES THAT THE
NURSES ARE NOT ARRIVED FRONT MY
CELL DURING THE SICK CALL ROUNDS, ARE
NOT PROVIDED ME ANY OTC MEDS, ANY
MEDICAL CARE, TREATMENT OR ATTENTION TO
MY MEDICAL COMPLAINTS PAINS, SYMPTOMS, OR BLEEDING
AND TO MY MEDICAL NEEDS.

38) IN APRIL/2016 MY LIPITOL MEDS &
CLARITIN MEDS WERE RE-PRESCRIBED ME
ONLY IN NIGHT TIME. THE NURSE CAME VERY
NIGHT TO DELIVERY IT TO ME, BUT SHE CANNOT
TO CONDUCT SICK CALL SERVICES IN THAT
TIME NOR CAN SHE PROVIDE ME ANY OTC MEDS IN
THAT TIME. HIS OR HER ONLY JOB OR DUTY IN
THAT TIME IS PICK UP THE SICK CALL SLIPS
IN THE GALLERY FOR THE SICK CALL SLIP NEXT
DAY EARLY IN THE MORNING IN THE SHU
AND DELIVERY MEDICATIONS IN THE UNIT THAN
IT. IF ANY INMATES MAKE ANY COMPLAINTS
SHE OR HE ALWAYS SAYS, GUYS PUT SICK CALL
OR SIGN FOR SICK CALL, I ONLY AM DELIVERED
MEDS & PICK UP THE SICK CALL THAT IT. &
THEY CONSIDER EMERGENCY SICK CALL ONLY WHEN
AN INMATE HAS "CHEST PAINS" AFTER THAT
INMATES IN SHU ARE DIRECTED & REQUIRED TO
FILE SICK CALL ALSO REGULARLY & FREQUENTLY THE
SHU COS/GUARDS DON'T ALLOW TO NURSES TO STOP
WHEN INMATES CALL TO THEY. THEY SAY. SIGN FOR SICK
CALL, SHE OR HE ARE ONLY DELIVERED THE MEDS THAT IT.

# (20)

39) I assume that when MR THOMS, alleges ALSO that I Had Contact with Nurses aLot of time I believe He is Talking about the Contacts that ME had with the nurses During the delivery of my meds. in night time not During the sick call services. iK I every single night gave to the nurses my sick call slips Reported chronic Pains in my Right Hond(s) & Arms lower back left Ankle / Foots Pains in Tooths & stool & the simptoms OF the loors. (Vomits, Nauseas, Heartburn Stomach Pains & Bleeding") And asked for Blood pressure & Take also my weight And the nurses Read every Night my sick-call slips, along with the sHu c.os who also Pick up sick call & Read it to make sure it is sick-call & it is not Nothing inappropriate written For Inmotes, so it is very clear that I'M ~~Reading~~ Received an open & delibe- -Rate indifference to my simptoms, medical ProbLems And pains, No, only For The nurses Who conduct sick call next Day in the Morning such as Lipka, but also for all Nurses Who Pick up & Read my sick call along with the sHu c.os. so FDS THOMS and DeFendants allegations Don't Have Any Merits.

40) I am in the lost cell of the sHu. The nurses Don't make Rounds in the unit in the sHu. nurses only stop in the cells of the Inmotes who Take Prescribed Meds, OR / And when they sign FOR sick call Request. Nurses Don't make Rounds And say to every one, hey I Do you Doing you every things is OK, Do you Have Any medical issues Today.? & They Don't say, Guys nurse make Rounds or Hey I'm here. NO They only go to cell or Inmote who Take Meds

41) No matter How many time a nurse walk in a shu that dont mean nothing in all, They Never stop in all in a front of an inmate cell(s) unless he take meds, sign for sick call is placed in a restricted diets or have a chest pain in emergency sick call or the inmate received use of force with staff, or had a fight with other inmate after that they dont stop for nothing & shu cos dont allow to them to stop neither.

42) I am behind a plexiglass / cell shield since the months of october / 2015 to the present June / 2016 with lack of air ventilations deprived of hot waters, deprived of clean up my cell deprive (of clean my toilet, sink, floor, ventilor (if any) the temperature inside of my cell is extreme & hot provoke strong Headaches, lack of sleeps problems for to conservations feeling suffocated problems for can to breather well a lot of sweats, asthma problems blurred vision alot thirst and Thirsty, and migraines.

43) the plexiglass / cell shield was remove only for few days or several days, in Feb / 2016 but RN Lipka in Retaliations, along with the shu cos / and sgt bascue fabricated a false ticket where she alleged that she saw me masturbated & jerk off inside of my cell. so because she & they Has further know- ledges that lewd conduct alone it is not a reasons for to place or put to an inmate(s) behind plexiglasses she wrote a charge of unthigienicat that is the only charge that will to place me back behind plexiglasses so she wrote me on 2/18/2016.

"14 (22)"

44) This will to be very easy for me to show
to this court that the ticket and charges
were falses in retaliations and in conspi-
-racy of planned by Rn Lipka & Stu
Staff, all the Stu video tapes preserved
about the incidents reported & alleged by
Rn Lipka, show clearly that I don't Did
Nothing wrong in those Days in questions
incluse in those or some of the video tapes
also showed clearly that Rn Lipka never
had front my cell location, or cell door
second. the other alleged tickets or lewd
conduct Rn Lipka never mentioned any
things about unhygienic acts but one time she
learned that my cell shield / plexiglass was
removed, she wrote me a ticket alleged lewd
conduct but added the charge unhygienic act

45) She & C.O. Stevens were unable con to
say during the Hearing why they add the
charges unhygienic act if they never wrote
which were the alleged unhygienic acts, &
the Rules / prison Rules) it say that u
Act is only when antenmate throw waters,
urines, feces, foods to Staff or inmates
or spit on Staff or other inmate, the direc-
-tive 4933 Stu. & State Regulation, under
Title 7 NYCRR part 300-305 / Title VI also
explain the same, so where is the alleged
unhygienic act?, also other inmates
has receive tickets for alleged lewd cond-
ucts / exposure / masturbations / ect. and they
never are placed behind plexiglasses in
all, also nurse Lipka & Stu Staff, wrote
me the tickets or multiply tickets falses with
the only purpose of place me in restricted diets
in bad faith & intentionally because they have further
Knowledge that it put me very sick cause pains, & Bleeding

46) I Have Appealed all and each of
the tickets, cell shields orders and loaves
sentences to Defendants Miller Eastman &
Doccs Commissioner Annucci but they has
affirmed all it and denied me all the
discretionary Review even I explained to
they clearly the symptoms pains violations
of my due process right, the conspiracy &
and staff misconducts & false tickets against
me, & even the tapes / video tapes showed my
innocence they any way has ignored my claims
and complaints of a form deliberate &
indifferent to the present of this complaint

47) The Defendants above clearly has showed
me that they are part also of this conspi-
- racy & retaliations & discriminations against
me in Great Meadow CF SHU

48) The Defendants Ives Patt and Jackson
has a similar misconducts and are parts
of the conspiracy retaliations & discri-
-minations against me, because when I arrive
to Great Meadow CF SHU from Sullivan CF
I was a Mental Health level one Desig-
-ned so for the office of Mental Health
(OMH) that mean also that an inmate
designer level one or/and level one(s)
cannot be placed under restricted diets
loaves) and the tickets that I was
received don't qualify for I be placed
in restricted diets, so, I make a lot
of grievances and complaints & report
all this to Mr Ives & Ms Pac who are
assigned to the SHU and to the unit chief
Mr Jackson they told me you are 100%
porcent Rights you are not / supposed to be
placed in loaves 'by law/Regulation & Doccs directives'

#(24)

49) There is also a lawsuit / settlement called DAI v OMH / DOCS, the which was settled in the southern district court. They say the some things inmate designed level 1 or/and level 1(s) or level 2 don't qualify for to be placed in loofs or cannot be placed in or under restricted diet sentences. Mr Ives told me look that people here in Great Meadow of they always doing whatever they want, they don't care what the courts judges laws regulations or directives says, they are doing all this for many years.

50) However Mr Ives for to con to cover up the defendonts Miller Dss Eastmon Annucci and DOCCS misconducts agoinst me he the Dr PAC & Unit chief Mr Jackson changed my level 1 to level 3 between December/2015 to Feb/2016. Then the superintendent Miller Dss Eastmon FDS thoms and commissioner Annucci ordered to all hearing officers to sentence me to restricted diet to/loofs for each tickets that I get or staff write against me for any charges be true or be false.

51) After the N.Y's DOCCS settled a lawsuit with the New York Civil Liberties Union ( NYCLU ) stopped the loofs restricted diets in the case People v. Fischer etal docket # 11-cv-2694 SDN·V where the DOCCS agreed to stop the loofs sentences or the imposition of the loofs stare wide after the judge sign & approve the settlement in April/2016 the which the judge did
it (25)

52) However to the present of this complaint DOCCS and the defendants continue intentionally and in bad faith sentenced me to restricted diet/loofs for Horm me and injury me or kill me. Sentenced me to loofs since December 2015 to the present June/2016 (going for July/2016). The which are 6 (six) months straight under loofs, & it has caused horm & injuries in me, such as loss weight, vonits nauseas heart burn. Severe stomach pains bleedings & constipations also it loofs are not adequates & it is no nutritive, incluse all the hearing officers L.ts, captains sgos, supervisors counselors & social works has told me that the loofs has stopped already no other inmates in this Shu, & general POPULATION, are not receive loofs sentences no more for any tickets or charges.

53) However they also told me that all this sentences of loofs that I am receive came from by orders of Supt Miller DSS Eastman FDI Thoms & Doccs Albany authorities approved by Commissioner Annucci.

54) In fact before a prisoner is sentence or placed in loofs, the Superintendent has that approve it & Doccs Commissioner has also that approve it so Miller Eastman Thoms and Annucci has approved it with them signatures of a form deli-berate and indifferent, intentionally and in bad faith against me in reta-liations approved multiply sentences of loofs without care about my Health, safety & care

14(26)

55) The Defendants Miller Annucci, Eastman, Titons, DR Poolono, DR Karam, DY RN Lipka, Brunelle, Van order, Rogue, Havens, La Aresch, Boice, Watkins, Kornigsmann, DR Pal, Mr Ives And Mr Jackson Has Further Knowledges That also the loaf is unPalatable. And it cause a "Weight Cycling" or the Repeated gain And loss of Weight. The Weight cycling posses a serious threats to one's Health, by increasing the risk of Cardio-Vascular Problems. And could cause bleeding ulcers and include Death From all Causes.

56) The Defendants Miller Eastman Titons And Annucci also Denied me to Participate in the Pass-over in the month of April/2016. My Religion is Jewish Since the year 2006-2007 to the Present Closeby For 10 years straight I Receive Kosher meals And I also Participate in all the Jewish Festivals including the Pass over every Jock year in the month of April. but this year the Defendants intentionally in bad Faith And in Retaliations of Discriminations Don't allowed me to Participate in the Pass-over alleged that I have a sentences of loafs. And that I will only Receive the loafs that it That they Don't care my Rights or Religion. or what the Doccs Directive # 4933 or # 4202 say or stated.

57) The Docs Directive 4933 & 304.2 (b) say that The bars will be suspended During the Passover

58) DOCCS DIRECTIVE 4933 § 304.2(b), STATED CLEARLY THE FOLLOWING BELOW:

" A PRE-HEARING RESTRICTED DIET "OR" A RESTRICTED DIET DISCIPLINARY SANCTION SHALL BE SUSPENDED DURING THE PASSOVER HOLIDAYS FOR AN INMATE WHO IS DESIG- -NATED AS JEWISH IN ACCORDANCE WITH DIRECTIVE # 4202 " RELIGIOUS PROGRAM AND PRACTICES.

59) SO, THE DIRECTIVE 4933 IS VERY CLEAR, THE FIRST AMEND. RIGHT IS ALSO VERY CLEAR AND THE FEDERAL LAWS UNDER THE RELIGIOUS FREEDOM RESTORATION ACT (RFRA) AND THE RELIGIOUS LAND USE AND INSTITUTIONA- -LIZED PERSONS ACT (RLUIPA), ALSO ARE VERY CLEAR AND THE DECISIONS AND CASE LAWS IN THIS DISTRICT & OTHER DISTRICT COURTS ARE ALSO VERY CLEAR REGARDING THIS ISSUES AND MATTERS ABOUT RELIGION, DIETS, AND HOLIDAYS

60) THE DEFENDANTS ALSO REFUSED TO ALLOW ME TO RECEIVE MY MATZOS AND GRAPES JUICES DURING THE SABBATH DAYS ALLEGED THE SAME OR SIMILAR THINGS THAT BECAUSE I'M IN SENTENCES OR LOOPS I CANNOT GET NOTHING IN ALL, NO WATERS NO JUICES, NO FOODS ECT' ONLY THE LOOPS. THE DEFENDANTS WERE DOING ALL THIS INTENTIONALLY IN BAD FAITH & WITH AN OPEN DELIBERATE INDIFFERENCE TO ALL MY RIGHTS & BELIEVE EVEN CORC IN ALBANY AGREED WITH ME THAT IT'S ENTITLED TO RECEIVE MY MATZOS & JUICES DURING THE LOOPS THE DEFENDANTS ALLEGED FUCKING CORC /DOCCS IN ALBANY

61) I FILE MULTIPLY GRIEVANCES &
COMPLAINTS ABOUT ALL THIS ISSUES I
ALSO WROTE MULTIPLY LETTERS TO
DOCCS COMMISSIONER ANNUCCI & OTHERS
STAFF IN ALBANY I WROTE TO THE
RABBI SPOKED WITH HIM WITH THE
ITEM & OTHER CHAPLAINS STAFF I
WROTE TO SUPT. MILLER DSS EASTMON
DSP MELOGIO' DSA PEACOCK FDS THOMS
SPOKED WITH STH SGTS / SUPERVISORS
L.T.S AND WATCH COMMAND AND
CAPTAINS IN THEM ROUNDS IN THE STH.
BUT ALL AND EACH OF THEY TOLD ME
THE SUPT MILLER DSS EASTMON & FDS
THOMS SAY NO' THAT YOU CANNOT GET
YOUR PASS-OVER MEALS NOR SABBATS JUICE
AND CRACKETS NEITHER.

62) MR IVES WAS ALSO PART OF THE CONS-
-PIRONCY AND PLAN OF THE ASSAULTS PHY-
-SICAL AND SEXUAL AND I HAVE SUFFERED
IN THE HANDS OF STAFF (SGTS & C-OS )
ON OCTOBER / 28 / 2015 IN THE MHU OBS. CELLS
I HAVE RECEIVED LEARNED REODING MY MENTAL
HEALTH RECORDS THAT MR IVES WROTE THAT
ON OCT / 28 / 2015, I REPORT TO ITIM THAT
I WILL TO ROPE (VIOLATE) AND ASSAULT TO
THE GENERAL LIBRARY LIBRARIAN MS LARROW
AND ASSAULT TO STAFF. AND FOR THIS
REASONS HE SENT ME TO THE MHU OBS. CELL

63) HOWEVER THIS IS NOT TRUE IN ALL, BE-
-CAUSE ON 10 / 28 / 2015 MR IVES CAME FRONT
MY CELL HE THREAT ME WITH PHYSICAL ASSAULTS
ALLEGED THAT I HOS FILED CONPLAINTS AGAINST
ME AND POST LAWSUIT AND THAT I NEED TO
PAY TO HIM ALL THIS, AND HE TOLD ME WATCH
THE POWERS THAT I HAVE IN THIS FACILITY.

#( 29 /

64) When MR Ives walked aways He spoken with sgt Bascue And I don't what He told to sgt Bascue sgt Bascue told me That I need MANDATORY to go to The mttu obs. cell, Because MR Ives say, That I NEED to go. And that I cannot to Refuse go to the mttu obs. cells. I explained to The sgt Bascue That for my understanding, an Inmate can only be placed in The mttu obs. cell if the Inmate to refuse to eat for a long period or time Threat self Harm injuries to kill He own self or Has thought suicides, or Has cut or Harmed his or her own self or tryed a suicides. I Have not reported none of this to no one.

65) The sgt Bascue told me that I need to Resolve my problems personally with MR Ives. I decline to go to the mttu obs. cells, so The mttu sgt Lyons Come front my cell And told me that They Has Ready a cell extraction team for to use And kind of force for place me in the mttu obs. cells, so That it is more better if I go to' mttu obs. cells voluntory. So I agreed or accepted to go to the mttu obs. cell for Avoid so the use of force Completly unecessary. I was escorted to the mttu obs. cells & no other mttu nurses Has any knowledges why I was in the mttu obs. cells, after the inter-view with a nurse called Ms Pink, The sgt Bascue, sgt Lyons And five c-os assaulted me physical & sexually And Denied me all classes of medical care & attentions to my serious pains & injuries And placed me in the last cell of the mttu obs.

#(30)

66) The Defendant Mr Ives stopped front my cell along with a CO. And He told me, now do you know who I'm? Now Do you know the Power That I have in this facility? He was smiled & joked with the CO. & laughed when I report to him the sexual assault & the physical assaults & my injuries. He also told me no one will go to believe That I planned all this. I have a good reputation in Doccs CNYPC, OMH in This facility, and outside. Any way Doccs and This administration to Hate you alot Mr Ives Added. And He say they don't care what Happen to you Any way. And He left laughed & joked & smiled. He denied me all classes of medical and mental health services.

67) Next Day on 10/29/15 I report The Incident to Sgt Miller & D.S.S Eastman in Their rounds in the mhu OBS. cells early in the Morning but they called me a Catsucker and a Cocksucker, when I explained to them The assaults, Physical and Sexual, and my injuries over all my body & I showed the Blood too to they, but they ignored me and continued walking.

68) I report also the Incidents and my injuries and assaults to nurses Ms Havens a nurse called Ms K to the Defendant Pal to a Social worker and to the Defendant Jackson, They only recommend me Don't report the Incidents and they sent me immediately to the Shu on 10/29/2015.

69) MR. IVES also WROTE IN MY MENTAL
HEALTH RECORDS THAT I REART TO HIM
THAT I WILL GO TO EXPOSE MY PENIS
AND MASTORBATE IN FRONT OR EVERY
STAFF FEMALES OR MALES FOR I
GET A MENTAL HEALTH LEVEL ONE (5)
AND SO, GO TO A MENTAL HEALTH
PROGRAM AND SO CAN TO RELEASE
OR THE SHU.

70) HOWEVER IN NO TIME I HAVE REPORT
SUCH STUPIDS THINGS TO MR IVES THE
WHICH DON'T HAVE ANY SENSE IN all,
HE, also PROHIBITED ME TO TALK ABOUT
THE PHYSICAL AND SEXUAL ASSAULTS WITH
HIM OR / AND DR. PAL DURING MY IN-
-TERVIEW WITH THEY EVERY 15 DAYS TO
30 DAYS IN THE SHU, BUT REGULAR THEY
also DENIAL ME SUCH INTERVIEWS, AND
AFTER TO OLLEGE OR WRITE THAT I HAVE
REFUSED OR DECLINED THOSE INTERVIEWS
WITH THEY.

71) I HAVE REPORTED SEVERAL TIME TO
DEFENDANTS IVES AND PAL & MR
JACKSON SERIOUS DEPRESSIONS STRESS,
DISTRESS AND PROBLEMS FOR SLEEPING,
TO CONCENTRATIONS, FLASHBACK, AND OTHER
PROBLEMS AFTER THE PHYSICAL & SEXUAL
ASSAULTS AND THE MULTIAN MISCONDUCTS
OF STAFF AND MEDICAL STAFF, AND DOCCS
STAFF / DEFENDANTS AGAINST ME. THE DR
PAL, PRESCRIBED ME FEWS PSYCHIATRIC MEDS,
BUT MR IVES HE IS SO UPSET MAD & ANGRY
THAT DR PAL PRESCRIBED ME MEDS. OR TREAT-
-MENTS THAT HE IN RETALIATIONS IN CONSPIRACY
& IN DIRTY PLAN AGAINST ME HAS TOLD TO
DR PAL, THAT I DON'T WANT MY MEDICATIONS.

#(32)

72) Mr Ives Has also used to the
mental Health nurses (psychiatric nurses)
for Report false statements against
me such as that I have exposed my
penis to they, that I have refused
to take my meds or that I am
trick/cheat to the nurses with my meds
acte like I'm taking it, but I really
don't take it. However firstly no
nurses in all walk in themself in the
SHU. They always get escorted by C-os.
And no C-os Has alleged or written
any tickets of lewd conducts to any
mental Health nurses during the time
that I have been under psychiatric meds,
second no mental Health nurses Has
tell me nothing in all about me allegedly
exposed to they, and no reported
nothing to no C-os. who escort to they
third in no time I have cheating
with my meds. I take always it. also
when an inmate is accused of cheating
with psychiatric meds. Rather that Dr
Pat or oah authorities to discontinue
any meds they CRUSH(ed) it, or
give it in liquid to the inmate(s).

73) For last Mr Ives also alleges that I
have telling him that I don't want my
medications. in April/2016 Dr Pac dis-
-continue all and back ok my psychiatric
meds. without any advices, any notices, &
any explanations. I wrote alot of
complaints about all this issues. so in
May/2016 she again to Re. prescription
my psychiatric meds and she promised me
don't listen to Mr Ives or the nurses &
don't stop or discontinue my meds. again.

#(33)

74) MR PAC she alleged me that before she discontinue or stop my meds, she will to first talk with me and look which are the problems. However, in June/2016 (this month) she again discontinue my meds without any advice, any notice and without any explanations. In all, she stopped or discontinued all that on June/15/2016.

75) After on June/23/2016 I have learned why she discontinued or stopped my meds. The problems was again MR Ives, the which has some influence of control in DR PAC. And unit chief MR Jackson. On June/15/2016 MR Ives was make rounds in the situ. He stopped front my cell. He accused me of wrote a letter to a nurse (psychiatric nurse) called Ms Leclaire the which he claim or alleged that she is her girl friend or he like she or feel in love of she, he alleged that the letter that I supposedly sent to RN Leclaire. alleged that she is beautiful or that I feel in love of she, or that I want to fuck she in the ass or butt, because she have a big butt. ect MR Ives alleged that I need to pay for all that, in reprisals for my letter to RN Leclaire.

76) MR Ives regularly told me that I don't have any rights that this is not my country that the US constitution, don't to protect me because I don't born in this country that he wish me die, or starve kill me. So on June/15/2016 we fall in arguments about his stupids & without base comments

#(34)

77) IN FACT ON June/15/2016, DR
PAL STOPPED & DISCONTINUE all MY
PSYCHIATRIC MEDS IN RETALIATIONS FOR
THE allegen letter that I sent to RN
leclaire based IN THE EXPLAINED to she
FOR DEFENDANT MR Ives.

78) June/20/2016 THE OMH/MHU UNIT CHIEF
MR JACKSON was Making ROUNDS IN THE
STTR, I STOPPED HIM FRONT MY cell AND
EXPLAINED THE Problems OF RETALIATIONS TO HIM.
AND MR IVES AND PAL misconducts with
MY MEDS. AND REPORTED HIM THE lock OF
SLEEP MY DEPRESS DISTRESS Flash back, AND
OTHER PROBLEMS, AND THE DELIBERATE INDIFFER-
-RENCE OF DR PAL & MR IVES. THE DEFENDANT
JACKSON TOLD ME THAT MR IVES & DR
PAL 'ARE WRONG, AND HE will to TALK
WITH THEY. MR JACKSON TOLD ME THAT OMH/
MHU NURSES DON'T WORK FOR DOCCS THAT THEM
JOB & DUTY IS DELIVERY MY PRESCRIBED MEDS
THAT lewd CONDUCTS OR an allegen letter
ARE NOT REASON'S FOR TO DISCONTINUE
MY MEDS THAT NURSES ARE NOT SUPPOSED TO
do COS/GUARDS JOB THAT IT IS THE COS
RESPONSIBILITIES TO Decide WHO WRITE a TICKET
AND LET TO THE HEARING OFFICER TO DE
-TERMINE IF A PERSON /INMATE/ IS GUILTY
OR NOT BUT TO DISCONTINUE MEDS FOR
lewd CONDUCTS OR letters IS COMPLETLY WRONG
because REPRISALS against INMATES IN
PRISONS IS WRONG. THAT ONLY NURSE PINK
SHE REPORTED ONE TIME THAT SHE BELIEVE
I was cheat IN MY MEDS BUT THAT SHE
OBSERVED ME TO TAKEN IT AFTER SHE called
ME THE ATTENTIONS. HOWEVER I EXPLAIN HIM THAT
THE STATEMENT OF RN PINK NO HAS SENSE because MY
MEDS WAS DISCONTINUE ON June/15/2016 (ARGUMENT WITH IVES)

#(35)

79) MR JACKSON ALLEGED THAT HE WILL
TO TALK WITH DR PAL FOR THAT SHE
COME TO THE SHU TO VISIT ME, AND PRE-
OR RE. PRESCRIBE MY MEDS BACK. AND
DON'T TO DISCONTINUE MY MEDS IN LEAST
IF I REFUSE TO TAKE IT FOR A LONG
PERIOD OF TIME LIKE FOR 3 OR ONE WEEK
STRAIGHT. MR JACKSON EXPLAINED ME THAT
AN INMATES CAN REFUSE TAKE MEDS FOR
FEWS DAYS BUT NOT 3 TO 7 DAYS
STRAIGHT. THE WHICH IT NOT WAS MY CASE

80) June / 23 / 2016 DR PAL & MR IVES
CAME TO THE SHU TO TALK WITH ME. DURING
THE INTERVIEW MR IVES & DR PAL ADMIT
ME THAT SHE DISCONTINUE MY MEDS BECAUSE MR
IVES ADVICED to SHE THAT I WROTE A
ALLEGED LETTER TO RN LECLAIRE SO THEY BELIEVE
THAT I NEED TO BE PUNISHED. I EXPLAIN
TO THEY THAT PUNISH IS A TYPE OR RE-
-PRISALS OR RETALIATIONS AND THEY ARE
ACTED OF A FORM DELIBERATE & INDIFFERENT
PLACED MY SAFETY AND HEALTH OR WELLBEING
IN DANGER THAT DISCONTINUE MEDS WITHOUT
ADVICE CAN CREATE A SERIOUS POSSIBLE SUICIDES
MORE STRESS AND MORE DEPRESSION I
EXPLAINED TO THEY THAT I CANNOT SLEEP
I FEEL MORE STRESS AND DEPRESSED &
THAT I WILL TO KILL MY SELF. THAT I
REALLY NEED MY MEDS. THAT I WILL INCLUSE
TAKE IT IN LIQUID OR CRUSH. HOWEVER THEY
TOLD ME, NO, WE DON'T WILL GO TO GIVE TO YOU
BACK ANY CLASSES OF MEDS. WE DON'T CARE
IF YOU KILL YOUR SELF CANNOT SLEEP OR FEEL
STRESS OR DEPRESS. THEN, THEY STARTED TO
YELL & SCREAMING ME CALLED ME A ROPER THAT
THEY HAS READ MY CASES AND RECORDS THAT I'M
A SEX OFFENDER LEVEL III. ECT, & MR IVES WAS SMILED

# (36)

81) EVERY TIME DR PAL YELL OR SCREAM ME
HE WAS SMILED, LIKE THIS WAS FUNNY FOR
HIM AND WHEN SHE DENIED ME, MY MEDS
AND CALLED ME A ROPER HE GET MORE
HAPPY AND LAUGHED AND SMILED, SHOWED
ME CLEARLY THAT HE REALLY HATE ME OR
I WANT OR LIKE SEE ME SUFFERED AND
THAT HE HAS a CONTROL IN DR PAL AND
UNIT CHIEF JACKSON.

82) I WROTE TO MR JACKSON TO CNYPC
EXECUTIVE DIRECTOR OMH COMMISSIONER TO
SUPERINTENDENT MILLER TO DEFENDANT
COLLINS AND TO DOCCS COMMISSIONER
ANNUCCI AND HIS ASSISTANT MR HILTON
REPORTED MR IVES AND DR PAL
MISCONDUCTS AGAINST ME AND COMPLAINTING
ABOUT MY MEDS, BUT THEY HAS FAILED OR
REFUSED TO TAKE CORRECTIVE ACTIONS IN
ALL THIS ISSUES & MATTERS

83) THE DEFENDANT MS BELLAMY SHE HAS
FURTHER KNOWLEDGES THAT THE IGP SUPER
-VISORS THE IGP/IGRC SGT DEEBO AND
IGP CLERKS ARE NOT PROCESSED AND
FILED MANY OF MY GRIEVANCES COMPLAINTS &
APPEALS TO SUPERINTENDENT & CORC IN
ALBANY, SHE ALSO HAVE LEARNED ABT OF
THIS MISCONDUCTS BECAUSE OTHERS INMATES HAS
WRITTEN MULTIPLY SIMILAR OR SAME COMPLAINTS
BUT SHE HAS REFUSED OR FAILED TO RESOLVE ALL
THIS OR TAKE CORRECTIVE ACTIONS & WHEN I APPEAL
TO THE NEXT LEVEL EG SUPT & CORC SHE RETURN ME ALL
MY APPEALS/COPIES OF GRIEVANCES, ALLEGED THAT I CAN
DO SO PER DOCCS DIRECTIVE #4040, THAT THEY DON'T FOLLOW THE
REGULATIONS UNDER TITLE 7 NYCRR, ONLY DIR #4040 & CORRECTION
LAW §139 ALSO SHE IS PERSONALLY LIABLE OF MANY OF MY
CLAIMS BECAUSE SHE LEARNED OF THOSE VIOLATIONS IN MY LETTERS/GRIEVANCE

# ( 37 )

84) When the Defendant Bellamy and
the other Defendants Read my grievances
and letter or complaints, and or appeals
about the misconducts of nurses, mental
health staff, doctors, the physical of
sexual assaults, the denial of my
medical of psychiatric meds, the chronic
pains, my symptoms, the restrictive
diets, the bleeding, my gum diseases,
my tuberculosis issues, the conditions
of my hand, the conditions of con-
-finements in my cell behind plexiglass
and denied of cleaning my cell, toilet,
sink, floor, and the temperature in
my cell, and the denial of my foods,
or proper nutritional foods, clearly
that Defendants become liables, also
for such violations when she, he, or
they failed to correct them in the
course of them, his, or her supervisory
responsibilities, & more if they has power/authority.

85) The Defendants has acted of a
form deliberate and indifferent to
my complaints and conditions of harsh
confinement, that clearly has placed
my safety, care, well being, life, security
(security), welfare, care, & health
in an imminent danger of serious
harm and injuries, but even has such
authority or power has refused & failed
to use they for to do corrective actions
and stop the violations of my rights, the
abuses and retaliations & discriminations
that I am suffering, in the hands of the
Defendants in Great Meadow C.F. and
when the Defendants in Albany return back my
letters/complaints it is a type also of deliberate indifference

#(38)

86) MY TOILET HAS BREAK SEVERAL TIME, ALOT OF URINES AND FECES HAS BE COMING FROM UNDER MY TOILET, OR FROM THE TOILET OR VENTILATIONS DUE TO THE CONNECTIONS BETWEEN THE TOILETS BETTING MY CELL WALLS VIA THE CAT WALK THE DEFENDANTS IN GREAT MEADOW CF HAS FORCED ME TO BE DAYS WITH FECES & URINES IN MY CELL FLOOR AND THEY HAS REFUSED TO ALLOW ME CLEAN MY CELL SUCH AS DEFENDANTS MILLER THOMS, EASTMAN BASCUE MELECIO COLLINS PEAKCOCK IVES JACKSON AND MCCARTHY WHO HAS OBSERVED THE PROBLEMS IN THEM SHU ROUNDS EVERY WEEKS IN THE SHU & MS WINNEY EVERY SINGLE DAYS.

87) MS MCCARTHY SHE REGULARLY DENIAL ME MENTAL HEALTH SERVICES IN HER SHU ROUNDS SHE, ALWAYS REFUSED TO TALK WITH ME OR STOP FRONT MY CELL AFTER MR IVES ORDERED TO SHE DON'T STOP FRONT MY CELL DON'T TALK WITH ME & DON'T PROVIDE ME ANY MENTAL HEALTH SERVICES AFTER, I WROTE A LETTER TO OMH CNYPC & DOCCS & UNIT CHIEF REPORTED THAT SHE IS MORE BETTER THAT MR IVES & THAT I HAVE A MORE BETTER RELATION WITH SHE THAT WITH MR IVES SO SHE WILL BE ASSIGNED TO SHU(A) ALL TIME BECAUSE SHE ONLY WALK IN SHU WHEN MR IVES IS NOT IN THE FACILITY. SO IN RETALIATIONS MR IVES ORDERED TO SHE DON'T TALK WITH ME & DON'T STOP FRONT MY CELL & DON'T PROVIDE SERVICES THE SAME MR IVES ASKED TO DEFENDANTS MS WINNEY, MS COLLINS & MS PEAKCOCK AFTER I REPORT TO MR IVES IN AN INTERVIEW IN SHU THAT I HAS A GOOD RELATIONS WITH MS COLLINS & MS PEAKCOCK & MS WINNEY. THEY IMMEDIATLY STOPPED OF TALKING WITH ME & DON'T STOP FRONT MY CELL AFTER MR IVES SPOKED WITH THEY

#(39)

88) I DON'T KNOW WHAT MR IVES TOLD
TO THOSE DEFENDANTS, BUT I KNOWING
ALREADY MR IVES. AND THAT HE HAVE ME
ALOT OF DISCRIMINATE ME AND REGULARLY
RETALIATE AGAINST ME. THIS IS PROBLEMS
THAT HE AGAIN CAME FRONT THEY WITH ONE
OF HIS FANTASTIC LIES, AND FALSES OF
FABRICATED STATEMENTS, SUCH AS ALWAYS HE DID.
THE CO. WESTON TOLD ME THAT MR IVES
TOLD TO MS. MCCARTHY MS COLLINS, WINNEY
& MS PEAKCOCK THAT I TOLD HIM THAT
MS MCCARTHY COLLINS AND PEAKCOCK ALSO
Ms Winney ALLOW ME TO JERK OFF AND MASTURBATE
FRONT THEY. MOREOVER THIS STATEMENT BY
MR IVES DON'T HAVE SENSE OR MERITS
BECAUSE KNOWING CLEARLY THAT MR IVES
HATE ME. WILL I TELL TO HIM FOR EXAMPLE
WHO ALLOW OR NOT ALLOW ME JERK OFF OR
MASTURBATE FRONT THEY? I NEVER WILL TELL
SOMETHING LIKE THAT TO MR IVES & NO
ONE IN. BECAUSE I'M NOT A BIG MOUTH &
I WILL NOT REPORT OR PUT IN TROUBLES TO
ANY FEMALES WHO ALLOW OR LET ME PASS A
GOOD TIME, SO MR IVES IS A LIER.

89) I AM SUFFERING CLEARLY IMMINENT
DANGER IN GREAT MEADOW CF STILL
IN THE HANDS OF THE DEFENDANTS. NO
ACCESS TO MEDICAL CARE IN ALL NO ACCESS
TO SICK CALL SERVICES IN ALL. NO ACCESS
TO HEALTH SERVICES IN ALL. THE DOCTOR IS,
HAS STOPPED TO SEE ME SINCE APRIL/2016 TO
THE PRESENT MY T.B. MEDS & PAINS MEDS IT
DON'T HAS YET BE PRESCRIBED BACK MY PSYCHIA-
-TRIC MEDS WERE DISCONTINUED IN JUNE/2016.
MY DEPRESSION LACK OF SLEEP DISTRESS ARE WORSES
THE RESTRICTED DIETS FOR 6 MONTHS & THE EFFECTS
& SYMPTOMS, AND MY CELL CONDITION OF CONFINEMENTS ARE SERIOUS
INCLUDING MY GUM DISEASES/INFECTIONS AND THE DENIAC OF CLEAN IT EVERY 3 MONTHS

7.                          CAUSES OF ACTION

Note: You must clearly state each cause of action you assert in this lawsuit.

### FIRST CAUSE OF ACTION

1ST, 8TH, AND 14TH Amend Rights U.S Constitutions.
42 USC 1983, 42 USC § 1985 (Deliberate Indiffer-
ence to plaintiff's medical and mental Health needs. Cruel
And unusual punishment, Deprivation of Due Process. Failure to
Intervene. Equal protection. Free exercise of Religion. Retaliation.
Discrimination. Conspirancy. Intentional infliction of emotional
Distress under New York Common Law. Negligent infliction of
emotional distress under New York common Law. Assault under N.Y.
Common Law. Battery under Newyork common Law. Conspiracy to
Interfere with Civil Rights. (28 USC §§ 1331 - 1343(a)(3). § 28 USC §1367

### SECOND CAUSE OF ACTION

Zimmerman v. Burge No. 06 - CV - 0176, 2009 U.S. Dist Lexis
88344, * 34 - 35, 2009 WL 9054936 (N.D.N.Y. Apr. 20, 2009
( finding that depression is a sufficiently serious medical condition)
— Willey v. Kirkpatrick 801 F. 3d 51, 68 (2d Cir 2015)
And Boggs v. State 25 N.Y.3d 545 (2015) regarding
The loafs / restricted diets. Docch denied (cleaning materials
to inmates And other violations). Hamilton v. Fischer, 2015
WL 820739 (W.D.N.Y. Dec. 7, 2015) Rodriguez v. McLenning
399 F. Supp 2d 228 (SDNY. 2005) Crawford v. Cuomo 796 F3d 252
2nd Cir 2015 (about sexual assaults) Seraio Schlenk v. Hartford 204 F 3d 1187,
People v. Fischer 11 CV 2694 (SDNY) Johnson v. Stovall 233 F. 3d 986 (2000)

### THIRD CAUSE OF ACTION

Assembly State of New York Bill (SHU Bill). The Assembly
Bill 4401, Correction Law Sections 70(6)(C)(6), § 137(5).
§ 138, § 139, § 112, 83 N.Y. Jur. 2d Penal and
Correctional institutions patients Bill of Rights. ADA
Title II And Section 504 violations implementation
of Human Rights Treaties 63 FR 68991 International
Covenant on Civil Rights (ICCPR). The Convention
Against Torture And Other Cruel, Inhuman or
Degrading Treatment or Punishment (CAT). The Civil
Right Act of 1964. The Convention on the Elimination
OF All Forms OF Racial Discrimination ("CERD")
The Federal Laws And New York State Laws
under the Clean Air Acts. 18 USCA Section 1091,
Genocide, Docch Directives 4932 & 4933 Chapter V.
Chapter VI. Title 7 NYLRR. Docch Employee Manual,
Docch Directive 4101 Docch Health Service Policy Manual.
The Federal Law under the Gender Motivated Violence Act (GMVA)
And The HIPPA (Federal Law) Regulations : § 18 USCA § 241, § § 242
And 18 USC 14141 Pattern & Practice of Conduct by officers.

8.   **PRAYER FOR RELIEF**

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief: *awording Plaintiff Domoges, as a Resulted of Defendants Deliberate indifference to Plaintiff Medical And Mental Health Needs his medications. The cruel and unusual punishment failure to interve inodequare diets. violation of Plaintiff's Right to free exercise of Religious, Retalations. intentional infliction of Emotional distress. assault battery. conspiracy to interfere with Plaintiff civil Rights, and awording Plaintiff punitive domoges fees (cast in the amount of $6 millions (Six millions Dollors) And ORDERED to Defendants to end the violations*

I declare under penalty of perjury that the foregoing is true and correct.

DATED *June / 23 / 2016*

*Carlos Abreu*

Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010

#(42/

VERIFICATION

STATE OF NEW YORK )
COUNTY OF WASHINGTON ) SS:

CARLOS ABREU being duly sworn
Deposes AND says That DEPONENT
is The Plaintiff - PETITIONER in The
above Captioned Proceeding - Action
That he has Read The foregoing com-
-plaint - PETITION AND KNOWS THE
Contents thereof That The same is
TRUE TO DEPONENT's OWN KNOWledge
except as To Matters Therein stated
Upon INFORMATION AND belief which
Matters DEPONENT believes To be True

RESPECTFULLY SUBMITTED

CARLOS ABREU

SWORN TO before
Me ON This 13 day
OF June 2016

NOTARY PUBLIC

Edward C. Carpenter
Notary Public, State of New York
Qualified in Washington Co. No. 01CA6193364
My Commision Expires September 15, 20 16

#(43)